# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>LARSEN LEASING LIMITED,<br><br>v.<br><br>COMDATA CORPORATION, | Case Number:<br><br>FILED: MARCH 21, 2008<br>08CV1669         EDA<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

COMDATA CORPORATION

| |
|---|
| NAME (Type or print)<br>Brian Y. Boyd |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Brian Y. Boyd |
| FIRM<br>Williams Montgomery & John, Ltd. |
| STREET ADDRESS<br>20 N. Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277166 | TELEPHONE NUMBER<br>(312) 443-3211 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐