FILED: MARCH 21, 2008
08CV1669                    EDA
JUDGE BUCKLO
MAGISTRATE JUDGE DENLOW

27759.00I9AO

Document #: 769044

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARSEN LEASING LIMITED., <br><br> Plaintiff, <br><br> v. <br><br><br> COMDATA CORPORATION, <br><br> Defendant. | No. 08 L 001121 <br> Transferred to Federal Court <br><br> No._____ |

## CORPORATE DISCLOSURE IN COMPLIANCE WITH FRCP 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and local rule 3.2, Comdata Network, Inc., d/b/a Comdata Corporation, by its undersigned counsel, files this corporate disclosure statement.

Comdata Network, Inc., d/b/a Comdata Corporation, is a wholly owned subsidiary of Ceridian Corporation.

By: s/ Brian Y. Boyd
 One of the Attorneys for Defendant
 Comdata Corporation

Dated March 21, 2008

David E. Stevenson (des@willmont.com)
Brian Y. Boyd (byb@willmont.com)
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Comdata Corporation
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
312-443-3200