U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:08-cv-01669 |

LARSEN LEASING LIMITED, Plaintiff

    v.

COMDATA CORPORATION, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT, COMDATA CORPORATION.

| |
|---|
| NAME (Type or print) <br> David E. Stevenson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/David E. Stevenson |
| FIRM <br> Williams, Montgomery & John, Ltd. |
| STREET ADDRESS <br> 20 N. Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP <br> Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6181112 | TELEPHONE NUMBER <br> (312) 443-3234 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

Document #: 769374

27759.00I9AO                                                                                                 Document #: 769381

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LARSEN LEASING LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:08-cv-01669 |
| | ) |
| COMDATA CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**

  PLEASE TAKE NOTICE that on March 27, 2008, the undersigned electronically filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, Appearance of David E. Stevenson, on behalf of Defendant Comdata Corporation, a copy of which is hereby served upon you.

Respectfully submitted,

            By: s/ David E. Stevenson
               One of the Attorneys for Defendant
               Comdata Corporation

Dated March 27, 2008

David E. Stevenson (des@willmont.com)
Brian Y. Boyd (byb@willmont.com)
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Comdata Corporation
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
312-443-3200

**CERTIFICATE OF SERVICE**

   I, David E. Stevenson, hereby certify that on March 27, 2008, I electronically filed the foregoing **Appearance of David E. Stevenson on behalf of Defendant Comdata Corporation** with the Clerk of the Court using the CM/ECF system which served all parties who are currently on the Court's Electronic Mail Notice List, by operation of the Court's Electronic Filing System:

  Brad S. Grayson
  Peter D. Kaiser
  Attorneys for Plaintiff
  Strauss & Malk LLP
  135 Revere Drive
  Northbrook, Illinois 60062
  bgrayson@straussmalk.com

             s/ David E. Stevenson
             David E. Stevenson, Esq.

Document #: 769381