# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Larsen Leasing Limited
                              Plaintiff,

v.                                             Case No.: 1:08–cv–01669
                                                      Honorable Elaine E. Bucklo

Comdata Corporation
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo: Status hearing set for 8/8/2008 at 09:30 AM. Scheduling conference set for 4/17/08 is now vacated. This case is referred to Magistrate Judge Denlow for supervision of discovery and settlement conference. The case to be returned to this court if parties do not consent.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.