UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Larsen Leasing Limited
                Plaintiff,

v.                                    Case No.: 1:08–cv–01669
                                    Honorable Elaine E. Bucklo

Comdata Corporation
                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision and settlement conference.(mpj, )Mailed notice.

Dated: April 16, 2008

                                                                     /s/ Elaine E. Bucklo

                                                                 United States District Judge