IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARSEN LEASING LIMITED., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cv-01669 |
| ) | |
| COMDATA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled cause, through their respective attorneys, that the Complaint be dismissed with prejudice and without costs to the parties, all matters in controversy having been settled between them.

_____
Brad S. Grayson
Peter D. Kaiser
Strauss & Malk LLP
135 Revere Drive
Northbrook, Illinois 60062
(847) 562-1400
Attorney for Plaintiff

_____
David E. Stevenson
Williams Montgomery & John Ltd
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200
Attorney for Defendant

Dated: June 12, 2008

Document #: 777349

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARSEN LEASING LIMITED., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-01669 |
| | ) | |
| COMDATA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### DISMISSAL ORDER

On stipulation of the attorneys for the Plaintiff, Larsen Leasing Limited, and the Defendant, Comdata Corporation, all parties having been given due notice and the Court being fully advised in the premises, that all matters in dispute between these parties having been satisfactorily compromised and settled:

IT IS HEREBY ORDERED that the claims of the Plaintiff as alleged in the Complaint are hereby dismissed with prejudice and with each party bearing its own costs of the suit, all matters in controversy between these parties having been settled.

SO ORDERED, this _____ day of _____, 2008.

Judge: _____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARSEN LEASING LIMITED., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-01669 |
| | ) | |
| COMDATA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2008, I electronically filed the foregoing Stipulation to Dismiss and Proposed Dismissal Order with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

_____/s/ David E. Stevenson_____

David E. Stevenson
Williams Montgomery & John Ltd
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200
Attorney for Defendant, Comdata Corporation

Dated:  June 12, 2008