# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Larsen Leasing Limited

                          Plaintiff,

v.                                             Case No.: 1:08–cv–01669
                                             Honorable Elaine E. Bucklo

Comdata Corporation

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

       MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to Stipulation to Dismiss, this action is dismissed with prejudice and without costs to either party. Status hearing set for 8/8/08 is now vacated.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.