IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARSEN LEASING LIMITED., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:08-cv-01669 |
| COMDATA CORPORATION, | ) ) ) |
| Defendant. | ) ) |

### DISMISSAL ORDER

On stipulation of the attorneys for the Plaintiff, Larsen Leasing Limited, and the Defendant, Comdata Corporation, all parties having been given due notice and the Court being fully advised in the premises, that all matters in dispute between these parties having been satisfactorily compromised and settled:

IT IS HEREBY ORDERED that the claims of the Plaintiff as alleged in the Complaint are hereby dismissed with prejudice and with each party bearing its own costs of the suit, all matters in controversy between these parties having been settled.

SO ORDERED, this _5th_ day of _August_, 2008.

Judge: _Elaine E. Bucklo_